UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.: __19-26379__

KELLY J. LEVY,     Chapter: __7__

    Judge: __CMG__

**NOTICE OF PROPOSED ABANDONMENT**

__Bunce D. Atkinson__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __November 12, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 40 Birchwood Drive, Tuckerton, NJ 08087 ($199,312.00) |
|---|---|

| Liens on property: | PHH Mortgage Services, 4001 Leadenhall Road, Mt. Laurel, N 08054 ($45,000.00)<br>Quicken Loans-1050 Woodward Avenue, Detroit, MI 48226 ($161,000.00) |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: __Bunce D. Atkinson, Esq.__
Address: __PO Box 8415, Red Bank, NJ 07701__
Telephone No.: __732-530-5300__

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-26379-CMG
Kelly J. Levy                                                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1               Date Rcvd: Oct 04, 2019
                              Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2019.
db           +Kelly J. Levy,    40 Birchwood Drive,    Tuckerton, NJ 08087-2914
518427090    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank of America,     PO Box 982238,    El Paso, TX 79998)
518427091    +Barclays Bank,    PO Box 8803,    Wilmington, DE 19899-8803
518427093    +CBNA,   PO Box 6497,    Sioux Falls, SD 57117-6497
518427096    +JPMCB Card Services,    PO Box 15369,    Wilmington, DE 19850-5369
518427097    +Kia Motors,    4000 Macarthur Boulevard,    Newport Beach, CA 92660-2558
518427098    +PHH Mortgage Services,    4001 Leadenhall Road,    5868, NJ 08054-4611
518427100    +State of NJ Student Assistant,    PO Box 538,    Trenton, NJ 08625-0538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 05 2019 00:44:26      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 05 2019 00:44:22      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518427089    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 05 2019 00:44:05      ADS/Comenity/BJsClub,
               PO Box 182120,    Columbus, OH 43218-2120
518427092    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 05 2019 00:48:18       Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
518427094     E-mail/Text: mrdiscen@discover.com Oct 05 2019 00:43:35      Discover,    PO Box 15316,
               Wilmington, DE 19850
518427095    +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Oct 05 2019 00:45:12
               Hyundai Motor Finance,    PO Box 660891,    Dallas, TX 75266-0891
518427099    +E-mail/Text: bankruptcyteam@quickenloans.com Oct 05 2019 00:44:53       Quicken Loans,
               1050 Woodward Avenue,    Detroit, MI 48226-1906
518429791    +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:48:40      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518427101    +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2019 00:48:40      Synchrony Bank/Care Credit,
               PO Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              Brian S. Thomas    on behalf of Debtor Kelly J. Levy brian@brianthomaslaw.com
              Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce  Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5