| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Kelly J. Levy | Social Security number or ITIN | xxx–xx–4667 |
| | First Name   Middle Name   Last Name | EIN | __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | ____ |
| | | EIN | __–_____ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 19–26379–CMG | | |

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kelly J. Levy

11/27/19                                                          **By the court:**   Christine M. Gravelle
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-26379-CMG
Kelly J. Levy                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Nov 27, 2019
                                Form ID: 318             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
```
db              +Kelly J. Levy,    40 Birchwood Drive,    Tuckerton, NJ 08087-2914
518427093       +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518427097       +Kia Motors,    4000 Macarthur Boulevard,    Newport Beach, CA 92660-2558
518427098       +PHH Mortgage Services,    4001 Leadenhall Road,    5868, NJ 08054-4611
518427100       +State of NJ Student Assistant,    PO Box 538,    Trenton, NJ 08625-0538
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2019 00:03:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2019 00:03:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518427089       +EDI: WFNNB.COM Nov 28 2019 04:23:00      ADS/Comenity/BJsClub,    PO Box 182120,
                 Columbus, OH 43218-2120
518427090        EDI: BANKAMER.COM Nov 28 2019 04:23:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998
518427091       +EDI: TSYS2.COM Nov 28 2019 04:23:00      Barclays Bank,    PO Box 8803,
                 Wilmington, DE 19899-8803
518427092       +EDI: CAPITALONE.COM Nov 28 2019 04:23:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
518427094        EDI: DISCOVER.COM Nov 28 2019 04:23:00      Discover,    PO Box 15316,    Wilmington, DE 19850
518427095       +EDI: HY11.COM Nov 28 2019 04:23:00      Hyundai Motor Finance,    PO Box 660891,
                 Dallas, TX 75266-0891
518427096       +EDI: CHASE.COM Nov 28 2019 04:23:00      JPMCB Card Services,    PO Box 15369,
                 Wilmington, DE 19850-5369
518427099       +E-mail/Text: bankruptcyteam@quickenloans.com Nov 28 2019 00:04:05      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
518429791       +EDI: RMSC.COM Nov 28 2019 04:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518427101       +EDI: RMSC.COM Nov 28 2019 04:23:00      Synchrony Bank/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 29, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:
```
              Brian S. Thomas    on behalf of Debtor Kelly J. Levy brian@brianthomaslaw.com
              Bunce Atkinson    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce Atkinson     bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```